UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 5:24-cv-02667-SSS-SHKx | Date | August 13, 2025 |
|---|---|---|---|
| Title | *Keiron Helms v. State Of California et al.* | | |

Present: The Honorable **SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE**

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING DOE DEFENDANTS**

On April 9, 2025, Plaintiff Keiron Helms filed a First Amended Complaint in which numerous Doe Defendants are listed. [*See* Dkt. 21, ¶ 12]. As of the date of this order, there is no evidence in the record to show Plaintiff has timely served these Defendants under Federal Rule of Civil Procedure 4(m).

Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE** why the Doe Defendants should not be dismissed for failure to name and serve a copy of the summons and First Amended Complaint on these Defendants. Plaintiff must respond in writing **by April 24, 2026**. The Court sets a hearing on the matter on **May 1, 2026 at 1:00 p.m. by Zoom videoconference.** Failure to respond will result in a dismissal of the Doe Defendants under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to obey court orders.

**IT IS SO ORDERED.**